KML Law Group, P.C.
A Professional Corporation incorporated in Pennsylvania
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(215) 627-1322
Attorneys for Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon FKA The
Bank of New York, as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates,
Series 2007-1

---

IN THE MATTER OF:

Julie Marie Schwartz aka Julie Marie Lawrence

     DEBTOR(S),

**IN THE UNITED STATES
BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY**

CHAPTER 7
CASE NO. 19-14755 JNP

**NOTICE OF MOTION FOR RELIEF
FROM STAY**

TO:

Julie Marie Schwartz aka Julie Marie Lawrence
228 Strawbridge Lane
Mullica Hill, NJ 08062

Cheryl L. Cooper
Law Offices of Cheryl L. Cooper
342 Egg Harbor Road, Suite A-1
Sewell, NJ 08098

Subranni, Thomas J.
1624 Pacific Avenue
P.O. Box 1913
Atlantic City, NJ 08401

US TRUSTEE
Office of the US Trustee
One Newark Center, Suite 2l00
Newark, NJ 07102

     PLEASE TAKE NOTICE THAT the undersigned attorney for **Specialized Loan Servicing LLC
as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the
certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-1**, will apply to the
UNITED STATES BANKRUPTCY COURT, located at **401 Market Street, P.O. Box 2067; Camden, NJ,**

for an Order to Grant Relief from the Automatic Stay to authorize the moving parties to prosecute a foreclosure action for the reason that the debtors have failed to maintain their monthly mortgage payments to the Secured Creditor as more particularly set forth in the certification submitted herewith.  Costs and counsel fees will also be requested. The property involved is known as **228 Strawbridge Lane , Mullica Hill NJ 08062**.  The hearing on this matter is scheduled for **April 23, 2019 at 10:00 A.M.**

**/s/ Denise Carlon, Esq.**
Denise Carlon, Esquire
Brian C. Nicholas, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(215) 627-1322
dcarlon@kmllawgroup.com
Attorney for Specialized Loan Servicing LLC as servicer
for The Bank of New York Mellon FKA The Bank of
New York, as Trustee for the certificateholders of
CWABS, Inc., Asset-Backed Certificates, Series 2007-1

Dated:  March 28, 2019