FILED
JEANNE A. NAUGHTON, CLERK
APR -8 2019
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____

Ekaterine N. Eleftheriou, Esquire-NJ Atty ID #013302002
LAW OFFICE OF BRIAN J. DUFFIELD
95 North Main Street
Mullica Hill, New Jersey 08062
Phone: (856) 478-9900*Fax: (856) 478-6955
Attorneys for Creditor, Township of Harrison

| | |
|---|---|
| IN RE:<br><br>JULIE MARIE SCHWARTZ,<br>                            Debtor | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>CHAPTER 7<br>CASE NO. 19-14755-JNP |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, RECEIPT OF NOTICES, AND INCLUSION ON NOTICE LIST

**TO:  CLERK OF THE UNITED STATES BANKRUPTCY COURT,
UNITED STATES TRUSTEE
THE DEBTOR, AND ALL OTHER PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE** that the undersigned law firm is Solicitor for the Township of Harrison, Creditor of the Debtor and a party-in-interest in the above Chapter 7 case. Pursuant to Rules 2002 and 9007 of the Rules of Bankruptcy Procedure, I, on behalf of my client, respectfully request that all notices given or required to be given in this case by the Court, the Clerk of the Court, the Debtor or its counsel, Creditors or their counsel, any Trustee which may be appointed, and any Creditors' Committee that may be appointed and/or any other party to this case be given to the undersigned at the address and telephone number set forth above. This request includes all orders, notices, copies of motions, applications, petitions, pleadings, requests, complaints or demands whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex or otherwise.

LAW OFFICE OF BRIAN J. DUFFIELD
Attorneys for Creditor, Township of Harrison

DATED: April 3, 2019

BY: _____
EKATERINE N. ELEFTHERIOU, ESQUIRE