**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  
<u>SCHWARTZ, JULIE MARIE</u>

Case No.: <u>19-14755</u>  
Chapter 7  
Judge: Jerrold N. Poslusny, Jr.

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse  
401 Market Street, Second Floor  
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on May 14, 2019 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4C (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
|---|---|---|---|
| 228 STRAWBRIDGE LANE, MULLICA HILL, NJ 08062 | $160,000.00 | $462,696.00 | $160,000.00 |

Objections must be served on, and requests for additional information directed to:

Name:         /s/ Thomas J. Subranni  
Address:      1624 Pacific Avenue, Atlantic City, NJ 08401  
Telephone No.: (609) 347-7000

*rev.8/1/15*