UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                            Bankr. Case No. 19-14755-7

Julie Marie Schwartz                                        Chapter 7

      Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

> Americredit Financial Services, Inc. dba GM Financial
> PO Box 183853
> Arlington, TX  76096

By /s/ Mandy Youngblood

> Mandy Youngblood
> PO Box 183853
> Arlington, TX  76096
> 877-203-5538
> 877-259-6417
> Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                          Bankr. Case No. 19-14755-7

Julie Marie Schwartz                                                                  Chapter 7
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on March 13, 2019 :

Cheryl L. Cooper
342 Egg Harbor Rd
Suite A-1
Sewell, NJ 08098

Isabel C. Balboa
535 Route 38
Suite 580
Cherry Hill, NJ 08002

By __/s/ Mandy Youngblood_____
    Mandy Youngblood

xxxxx75444 / 983330