**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  
SCHWARTZ, JULIE MARIE

Case No.: 19-14755  
Chapter 7  
Judge: Jerrold N. Poslusny, Jr.

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse  
401 Market Street, Second Floor  
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on May 14, 2019 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4C  (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
|---|---|---|---|
| 228 STRAWBRIDGE LANE, MULLICA HILL, NJ 08062 | $160,000.00 | $462,696.00 | $160,000.00 |

Objections must be served on, and requests for additional information directed to:

Name:         /s/ Thomas J. Subranni  
Address:      1624 Pacific Avenue, Atlantic City, NJ 08401  
Telephone No.: (609) 347-7000

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 19-14755-JNP
Julie Marie Schwartz                                            Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin              Page 1 of 2           Date Rcvd: Apr 15, 2019
                             Form ID: pdf905          Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
db            +Julie Marie Schwartz,    228 Strawbridge Lane,    Mullica Hill, NJ 08062-2200
aty           +Ekaterine N Eleftheriou,    Law Office of Brian J. Duffield,    95 North Main Street,
                Mullica Hill, NJ 08062-9421
cr            +Americredit Financial Services, Inc., d/b/a GM Fin,     4000 Embarcadero Dr.,
                Arlington, TX 76014-4101
cr            +Township of Harrison,    95 North Main Street,    Mullica Hill, NJ 08062-9421
518130345     +AmeriCredit Financial Services, Inc,    John R. Morton, Jr.,    Morton & Craig, LLC,
                110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
518073529     +Bank of America,   146 Headquarters Plaza,    Morristown, NJ 07960-3965
518073533      Encore Capital Group Collection,    8874 Aero Drive,   Suite 200,   San Diego, CA 92123
518073534      GM Financial,   PO Box 78143,    Phoenix, AZ 85062-8143
518073535     +Harrison Twp Sewer Dept.,    114 Bridgeton Pike,    Mullica Hill, NJ 08062-2670
518073536     +Harrison Twp Tax Collector,    114 Bridgeton Pike,    Mullica HIll, NJ 08062-2670
518073537     +Hummingbird Funds dba Blue Tru,    13394w Trepania Road,    ATTN Tribal Lending Authority,
                Hayward, WI 54843-2186
518073539     +NJ American Water,   PO Box 371331,    Pittsburgh, PA 15250-7331
518073540     +South Jersey Gas,   PO Box 6091,    Bellmawr, NJ 08099-6091
518073541     +Specialized Loan Servicing,   8742 Lucient Blvd. Suite 300,    Highlands Ranch, CO 80129-2386
518073543     +Target Card Services,   PO Box 660170,    Dallas, TX 75266-0170
518138664     +The Bank of New York Mellon,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
518173572     +Township of Harrison,   Brian J. Duffield, Esq.,    95 North Main Street,
                Mullica Hill, NJ 08062-9421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 15 2019 22:20:58     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 15 2019 22:20:58     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518073527     +E-mail/Text: bankruptcy@pepcoholdings.com Apr 15 2019 22:20:56     Atlantic City Electric,
                PO Box 13610,   Philadelphia, PA 19101-3610
518073528     +E-mail/Text: bk@avant.com Apr 15 2019 22:21:00    Avant,    222 N. Lasalle Street,   Suite 1700,
                Chicago, IL 60601-1101
518073530      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2019 22:24:22
                Capital One Services LLC,    PO Box 85619,   Richmond, VA 23285-5619
518073531      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 15 2019 22:20:57     Comenity - NY & Company,
                PO Box 659617,   San Antonio, TX 78265-9617
518073532      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 15 2019 22:20:57     Comenity Bank,
                PO Box 659617,   San Antonio, TX 78265-9617
518073538      E-mail/PDF: pa_dc_claims@navient.com Apr 15 2019 22:24:08     Navient Solutions, LLC,
                PO Box 9533,   Wilkes-Barre, PA 18773-9533
518073098     +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2019 22:24:23     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518073542     +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2019 22:24:24     Synchrony Bank - Carecredit,
                PO Box 96061,   Orlando, FL 32896-0001
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2019                                  Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                Page 2 of 2                  Date Rcvd: Apr 15, 2019
                               Form ID: pdf905            Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2019 at the address(es) listed below:
          Cheryl L. Cooper    on behalf of Debtor Julie Marie Schwartz tina@cooperlawnj.com,
           lawofficecherylcooper@gmail.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-1
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series
           2007-1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Thomas J Subranni    trustee@subranni.com,
           ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```