**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Julie Marie Schwartz<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4455<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–14755–JNP | |

# Order of Discharge                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Julie Marie Schwartz
   aka Julie Marie Lawrence

6/14/19                                                       **By the court:**   Jerrold N. Poslusny Jr.
                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 19-14755-JNP
Julie Marie Schwartz                                                Chapter 7
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2             Date Rcvd: Jun 14, 2019
                              Form ID: 318             Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
```
db             +Julie Marie Schwartz,    228 Strawbridge Lane,    Mullica Hill, NJ 08062-2200
aty            +Ekaterine N Eleftheriou,    Law Office of Brian J. Duffield,    95 North Main Street,
                 Mullica Hill, NJ 08062-9421
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
cr             +Township of Harrison,    95 North Main Street,    Mullica Hill, NJ 08062-9421
518130345      +AmeriCredit Financial Services, Inc,    John R. Morton, Jr.,    Morton & Craig, LLC,
                 110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
518073529      +Bank of America,    146 Headquarters Plaza,    Morristown, NJ 07960-3965
518073533       Encore Capital Group Collection,    8874 Aero Drive,    Suite 200,    San Diego, CA 92123
518073535      +Harrison Twp Sewer Dept.,    114 Bridgeton Pike,    Mullica Hill, NJ 08062-2670
518073536      +Harrison Twp Tax Collector,    114 Bridgeton Pike,    Mullica HIll, NJ 08062-2670
518073537      +Hummingbird Funds dba Blue Tru,    13394w Trepania Road,    ATTN Tribal Lending Authority,
                 Hayward, WI 54843-2186
518073539      +NJ American Water,    PO Box 371331,    Pittsburgh, PA 15250-7331
518073540      +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
518073541      +Specialized Loan Servicing,    8742 Lucient Blvd. Suite 300,    Highlands Ranch, CO 80129-2386
518138664      +The Bank of New York Mellon,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518173572      +Township of Harrison,    Brian J. Duffield, Esq.,    95 North Main Street,
                 Mullica Hill, NJ 08062-9421
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 15 2019 00:09:36      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 15 2019 00:09:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518185262       EDI: PHINAMERI.COM Jun 15 2019 03:48:00      Americredit Financial Services, Inc.,
                 Dba GM Financial,    P.O Box 183853,    Arlington, TX 76096
518188064       EDI: PHINAMERI.COM Jun 15 2019 03:48:00      Americredit Financial Services, Inc.,
                 dba GM Financial,    Mandy Youngblood,    Americredit Financial Services, Inc.,    PO Box 183853,
                 Arlington, TX 76096
518073527      +E-mail/Text: bankruptcy@pepcoholdings.com Jun 15 2019 00:09:04      Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
518073528      +E-mail/Text: bk@avant.com Jun 15 2019 00:10:15      Avant,    222 N. Lasalle Street,    Suite 1700,
                 Chicago, IL 60601-1101
518073530       EDI: CAPITALONE.COM Jun 15 2019 03:48:00      Capital One Services LLC,    PO Box 85619,
                 Richmond, VA 23285-5619
518073531       EDI: WFNNB.COM Jun 15 2019 03:48:00      Comenity - NY & Company,    PO Box 659617,
                 San Antonio, TX 78265-9617
518073532       EDI: WFNNB.COM Jun 15 2019 03:48:00      Comenity Bank,    PO Box 659617,
                 San Antonio, TX 78265-9617
518073534       EDI: PHINAMERI.COM Jun 15 2019 03:48:00      GM Financial,    PO Box 78143,
                 Phoenix, AZ 85062-8143
518073538       EDI: NAVIENTFKASMSERV.COM Jun 15 2019 03:48:00      Navient Solutions, LLC,    PO Box 9533,
                 Wilkes-Barre, PA 18773-9533
518073098      +EDI: RMSC.COM Jun 15 2019 03:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518073542      +EDI: RMSC.COM Jun 15 2019 03:48:00      Synchrony Bank - Carecredit,    PO Box 96061,
                 Orlando, FL 32896-0001
518073543      +EDI: WTRRNBANK.COM Jun 15 2019 03:48:00      Target Card Services,    PO Box 660170,
                 Dallas, TX 75266-0170
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jun 14, 2019
                              Form ID: 318             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
            Cheryl L. Cooper    on behalf of Debtor Julie Marie Schwartz tina@cooperlawnj.com,
             lawofficecherylcooper@gmail.com
            Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
             as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-1
             dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
            John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
             Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
            Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
             York, as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series
             2007-1 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
            Thomas J Subranni    trustee@subranni.com,
             ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```